UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 6:02-CR-38-ORL-22DAB
                                                              59

JOSEPH THOMAS GREEN

_____/

### EX-PARTE MOTION FOR ISSUANCE OF SUBPOENAS DUCES TECUM UNDER SEAL

COMES NOW the Defendant, Joseph Thomas Green, by and through his undersigned attorney, and hereby files this his Ex-Parte Motion for Issuance of Subpoenas Duces Tecum Under Seal, pursuant to Fed.Crim.P.17(b), and moves this Honorable Court for the entry of an Order allowing the issuance of subpoenas for the attendance of witnesses on the Defendant's behalf at trial, and further, the costs for the issuance of said subpoenas to be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government, and in support of said Motion would state as follows:

1.   The Trial in the above-styled cause is set to commence at 9:00 a.m. before the Honorable Anne C. Conway on Monday, October 7, 2002, at the George C. Young United States Courthouse, 80 North Hughey Avenue, Courtroom 2,

Orlando, Florida.

2.   The Defendant, Joseph Thomas Green, requests the issuance of subpoenas for attendance at the Trial. The United States has specifically listed three separate counts in the indictment in this cause, alleging that Mr. Green Riley committed two (2) counts of coercion or enticement of a female and one (1) counts of coercion or enticement of a minor female.

3.   The following witnesses are persons who can provide material information regarding the alleged incidents as set forth fully below, the following witness can provide evidence that Mr. Green did not commit any of these crimes. Therefore, the Defendant, Joseph Thomas Green, requests the following persons be subpoenaed as a witnesses on his behalf:

    A.    Records Custodian
            Colonial High School
            Orlando, Florida

        (1)   The records custodian will provide and certify records relating to the victim's school attendance records in order to impeach the government's witnesses.

        (2)   The Subpoena shall be duces tecum to provide copies of all records, including, but not limited to, discipline and attendance files, including all excused absences of student, Monica Auten.

    B.    James and Darla Auten
            7725 N. Sumter Drive
            Orlando, Florida

  (1) These individuals will provide phone records of the Auten household in order to impeach the government's witnesses.

  (2) The Subpoena shall be duces tecum to provide copies of all telephone records of the Auten household from November of 2000 through February of 2001.

C. Records Custodian
Department of Family and Children
Orlando, Florida

  (1) The records custodian will provide and certify records relating to abuse/truancy or runaway concerning the victim, Monica Auten in order to impeach the government's witnesses.

  (2) The Subpoena shall be duces tecum to provide copies of all records, including, but not limited to, abuse, truancy or runaway of Monica Auten.

4. Said subpoenas will be served by the investigator employed by the undersigned office.

WHEREFORE, the Defendant, JOSEPH THOMAS GREEN, moves this Honorable Court to enter an Order that the subpoenaS be issued as outlined in Fed.R.Crim.P. Rule 17(b), and costs so incurred paid as if a government witnesses, and that this Motion and the Court's Order be placed under seal until the sentencing, if any, in this cause.

3

DATED this 1st day of October, 2002.

R. FLETCHER PEACOCK
Federal Public Defender

Peter Warren Kenny
Assistant Federal Public Defender
Office of the Federal Public Defender
Florida Bar No: 351105
80 North Hughey Avenue, Suite 417
Orlando, Florida 32801-2229
Telephone: (407) 648-6338
Facsimile: (407) 648-6095