# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:02-CR-38-ORL-22DAB

JOSEPH THOMAS GREEN

_____/

## ORDER ON EX-PARTE MOTIONS
## FOR ISSUANCE OF SUBPOENAS (DUCES TECUM) UNDER SEAL

THIS CAUSE having come on to be heard this 2d day of October, 2002, on the Defendant's Ex-Parte Motion for Issuance of Subpoenas (Duces Tecum) Under Seal, pursuant to Fed.Crim.P.17(b), and the Court having reviewed the file, considered the Motion and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that the Clerk is hereby authorized to issue subpoenas for appearance at Trial on Tuesday, October 8, 2002 at 9:00 a.m., George C. Young Federal Courthouse, 80 North Hughey, Orlando, Florida, before the Honorable Anne C. Conway, with the costs and fees so incurred to be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government, to the following persons:

    A.    Connie Sipos
           7753 Ft. Sumter Road
           Orlando, Florida

B.  Lonnie Sipos (Minor)
    C/O Connie Sipos
    7753 Ft. Sumter Road
    Orlando, Florida

C.  Richard Negron
    Orange County Sheriff's Department
    Orlando, Florida

D.  Tom Harrison
    Orange County Sheriff's Department
    Orlando, Florida

E.  Records Custodian
    Colonial High School
    Orlando, Florida

F.  Records Custodian
    Department of Children and Families
    Orlando, Florida

G.  James and Darla Auten
    7725 N. Sumter Drive
    Orlando, Florida

DONE AND ORDERED this 2d day of October, 2002.

cc: Office of the Federal Public Defender

10/3/02