# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:02-CR-38-ORL-22DAB

**JOSEPH THOMAS GREEN**

_____/

## ORDER ON EX-PARTE MOTIONS
## FOR ISSUANCE OF SUBPOENAS (DUCES TECUM) UNDER SEAL

THIS CAUSE having come on to be heard this 2d day of October, 2002, on the Defendant's Ex-Parte Motion for Issuance of Subpoenas (Duces Tecum) Under Seal, pursuant to Fed.Crim.P.17(b), and the Court having reviewed the file, considered the Motion and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that the Clerk is hereby authorized to issue subpoenas for appearance at Trial on Tuesday, October 8, 2002 at 9:00 a.m., George C. Young Federal Courthouse, 80 North Hughey, Orlando, Florida, before the Honorable Anne C. Conway, with the costs and fees so incurred to be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government, to the following persons:

    A.    Records Custodian
           AT&T
           Orlando, Florida

B.  James Siegfried
    Wilsonborough Police Department
    Easton, Pennsylvania

DONE AND ORDERED this _22_ day of October, 2002.

*[signature]*

cc:   Office of the Federal Public Defender