*Filed*

RECEIVED

2002 OCT -3 PM 3: 31

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 6:02-CR-59-ORL-22DAB

JOSEPH THOMAS GREEN

_____/

## EX-PARTE MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM
## UNDER SEAL

COMES NOW the Defendant, Joseph Thomas Green, by and through his

undersigned attorney, and hereby files this his Ex-Parte Motion for Issuance of

Subpoena Duces Tecum Under Seal, pursuant to Fed.Crim.P.17(b), and moves this

Honorable Court for the entry of an Order allowing the issuance of a subpoena for the

attendance of a witness on the Defendant's behalf at trial, and further, the costs for

the issuance of said subpoena to be paid in the same manner in which similar costs

and fees are paid in the case of witnesses subpoenaed on behalf of the government,

and in support of said Motion would state as follows:

1.     The Trial in the above-styled cause is set to commence at 9:00 a.m.

before the Honorable Anne C. Conway on Monday, October 7, 2002, at the George

C. Young United States Courthouse, 80 North Hughey Avenue, Courtroom 2,

Orlando, Florida.

2.      The Defendant, Joseph Thomas Green, requests the issuance of subpoenas for attendance at the Trial. The United States has specifically listed three separate counts in the indictment in this cause, alleging that Mr. Green Riley committed two (2) counts of coercion or enticement of a female and one (1) counts of coercion or enticement of a minor female.

3.      The following witness is a person who can provide material information regarding the alleged incidents as set forth fully below, the following witness can provide evidence that Mr. Green did not commit any of these crimes. Therefore, the Defendant, Joseph Thomas Green, requests the following person be subpoenaed as a witness on his behalf:

>       A.      Records Custodian
>               Apopka High School
>               Apopka, Florida
>
>               (1)     The records custodian will provide and certify records relating to the victim's school records in order to impeach the government's witnesses.
>
>               (2)     The Subpoena shall be duces tecum to provide copies of the entire "CUM" folder for student, Monica Auten, date of birth: 8/7/86; Social Security Number: 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; Student No.: 4800766466.

4.      Said subpoena will be served by the investigator employed by the undersigned office.

WHEREFORE, the Defendant, JOSEPH THOMAS GREEN, moves this Honorable Court to enter an Order that the subpoena be issued as outlined in Fed.R.Crim.P. Rule 17(b), and costs so incurred paid as if a government witnesses, and that this Motion and the Court's Order be placed under seal until the sentencing, if any, in this cause.

DATED this 3rd day of October, 2002.

R. FLETCHER PEACOCK
Federal Public Defender

---

Peter Warren Kenny
Assistant Federal Public Defender
Office of the Federal Public Defender
Florida Bar No: 351105
80 North Hughey Avenue, Suite 417
Orlando, Florida 32801-2229
Telephone: (407) 648-6338
Facsimile: (407) 648-6095