# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.	Case No. 6:02-CR-59-ORL-22DAB

JOSEPH THOMAS GREEN
_____/

## ORDER ON EX-PARTE MOTION
## FOR ISSUANCE OF SUBPOENA DUCES TECUM UNDER SEAL

THIS CAUSE having come on to be heard this 4th day of October, 2002, on the Defendant's Ex-Parte Motion for Issuance of Subpoena Duces Tecum Under Seal, pursuant to Fed.Crim.P.17(b), and the Court having reviewed the file, considered the Motion and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that the Clerk is hereby authorized to issue a subpoena for appearance at Trial on Tuesday, October 8, 2002 at 9:00 a.m., George C. Young Federal Courthouse, 80 North Hughey, Orlando, Florida, before the Honorable Anne C. Conway, with the costs and fees so incurred to be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government, to the following person:

    A.	Records Custodian
        Apopka High School
        Apopka, Florida

DONE AND ORDERED this 4th day of October, 2002.

*[signature]*

cc: Office of the Federal Public Defender

COPIES MAILED
ON 10/4/02
BY
Deputy Clerk