UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
02 OCT -7 AM 9: 05
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.                                   Case No. 6:02-CR-59-ORL-22DAB

JOSEPH THOMAS GREEN
_____/

## EX-PARTE MOTION FOR ISSUANCE OF SUBPOENA UNDER SEAL

COMES NOW the Defendant, Joseph Thomas Green, by and through his undersigned attorney, and hereby files this his Ex-Parte Motion for Issuance of Subpoena Under Seal, pursuant to Fed.Crim.P.17(b), and moves this Honorable Court for the entry of an Order allowing the issuance of a subpoena for the attendance of a witness on the Defendant's behalf at trial, and further, the costs for the issuance of said subpoena to be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government, and in support of said Motion would state as follows:

1.  The Trial in the above-styled cause is set to commence at 9:00 a.m. before the Honorable Anne C. Conway on Monday, October 7, 2002, at the George C. Young United States Courthouse, 80 North Hughey Avenue, Courtroom 2, Orlando, Florida.

2. The Defendant, Joseph Thomas Green, requests the issuance of subpoenas for attendance at the Trial. The United States has specifically listed three separate counts in the indictment in this cause, alleging that Mr. Green committed two (2) counts of coercion or enticement of a female and one (1) counts of coercion or enticement of a minor female.

3. The following witness is a person who can provide material information regarding the alleged incidents as set forth fully below, the following witness can provide evidence that Mr. Green did not commit any of these crimes. Therefore, the Defendant, Joseph Thomas Green, requests the following person be subpoenaed as a witness on his behalf:

> Mark Kilgore, Special Agent
> Federal Bureau of Investigation
>
> This witness has information that may impeach the complaintant in this case.

4. Said subpoena will be served by the investigator employed by the undersigned office.

WHEREFORE, the Defendant, JOSEPH THOMAS GREEN, moves this Honorable Court to enter an Order that the subpoena be issued as outlined in Fed.R.Crim.P. Rule 17(b), and costs so incurred paid as if a government witnesses, and that this Motion and the Court's Order be placed under seal until the sentencing,

if any, in this cause.

DATED this 7th day of October, 2002.

R. FLETCHER PEACOCK<br>
Federal Public Defender<br>
<br>
_____<br>
James T. Skuthan<br>
Assistant Federal Public Defender<br>
Florida Bar No. 544124<br>
*for* Peter Warren Kenny<br>
Assistant Federal Public Defender<br>
Office of the Federal Public Defender<br>
Florida Bar No: 351105<br>
80 North Hughey Avenue, Suite 417<br>
Orlando, Florida 32801-2229<br>
Telephone: (407) 648-6338<br>
Facsimile: (407) 648-6095